IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| 326 ASSOCIATES, L.P., | § | |
| a Delaware limited partnership, | § | No. 211, 2016 |
| | § | |
| Plaintiff-Below, | § | Court Below: Superior Court |
| Appellant, | § | of the State of Delaware |
| | § | |
| v. | § | C.A. No.: N15C-09-228 |
| | § | |
| PROGRESSIVE SERVICES, INC., | § | |
| | § | |
| Defendant-Below, | § | |
| Appellee. | § | |

Submitted: October 19, 2016
Decided: November 2, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, and **SEITZ**, Justices.

## ORDER

This 2nd day of November, 2016, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of the court's Memorandum Opinion dated March 29, 2016.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice